IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**VENESSA BLASI**                                                    **PLAINTIFF**

V.                        CASE NO. 5:22-CV-05009

**GLAD MANUFACTURING COMPANY**                        **DEFENDANT**

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Venessa Blasi hereby stipulates to the dismissal of this action, with

prejudice, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

WH Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:       *Chris Burks*
Chris Burks (ABN: 2010207)
chris@wh.law